# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

STEPHFAN WILSON

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

CASE NUMBER: 3:07-cr-338-J-32JRK
USM NUMBER: 52133-019

Defendant's Attorney: Donald Mairs

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number __One (1)__ of the term of supervision in the superseding petition.

__ was found in violation of charge number(s)___ after denial of guilt.

| Violation Charge No. | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Association with any person engaged in criminal activity or convicted of a felony | September 2, 2008 |

The defendant is sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__ The government will not pursue violation charge numbers **Two, Three and Four (2, 3 & 4)**.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: February 3, 2010

FILED
2-3-10
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

TIMOTHY J. CORRIGAN
UNITED STATES DISTRICT JUDGE
DATE: February _____, 2010

| | |
|---|---|
| Defendant: STEPHFAN WILSON | Judgment - Page 2 of 2 |
| Case No.: 3:07-cr-338-J-32JRK | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **SIX (6) MONTHS, with a release date of June 9, 2010.**

__X__ The Court makes the following recommendations to the Bureau of Prisons:

- Defendant was a witness in a state court attempted murder case, as discussed in the Presentence Report. The Bureau of Prisons should discuss this matter with the Probation Officer, Joseph Pinto (904/301-6460), so as to ensure defendant's safety while in Bureau of Prisons custody

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

_____ at _____ a.m. p.m. on _____.

_____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

_____ before 2 p.m. on _____.

_____ as notified by the United States Marshal.

_____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL